

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-17-00596-CV

**REGENT CARE CENTER OF SAN ANTONIO, L.P.,**
Appellant

v.

Robert H. **DETRICK** and Carolyn Dart Detrick,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-19462
Honorable Richard Price, Judge Presiding

# O R D E R

On August 1, 2018, appellees filed an unopposed motion requesting that we reschedule oral argument in this appeal. We GRANT appellees' motion. Oral argument in this appeal is rescheduled for Tuesday, October 2, 2018, at 1:30 PM.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court